**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SAMUEL P. LOGAN** **PETITIONER**
**ADC #089900**

**v.** **Case No. 2:26-cv-00001-KGB**

**C. HUMPHREY,**
**Warden Forrest City** **RESPONDENT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 10). Petitioner Samuel P. Logan has not filed any objections, and the time to file objections has passed. After careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Logan's petition for writ of *habeas corpus* is dismissed without prejudice for failure to exhaust administrative remedies (Dkt. No. 1).

Also before the Court is Logan's motion for judgment on the pleadings and notice of change of address, motion to transfer venue, and motion to substitute party (Dkt. Nos. 5; 11). Given that the Court dismisses without prejudice Logan's petition for failure to exhaust administrative remedies, the Court denies as moot Logan's motion for judgment on the pleadings (Dkt. No. 5). The Court also denies as moot Logan's motion to transfer venue and substitute party (Dkt. No. 11).

It is so ordered this 26th day of August, 2026.

Kristine G. Baker
Chief United States District Judge